**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3205-22

THE VALLEY HOSPITAL, INC.,

    Plaintiff-Respondent,

v.

DAWN TAFFURI and
DOREEN FERNANDEZ,

    Defendants-Appellants.

_____

Submitted January 18, 2024 – Decided January 24, 2024

Before Judges Currier and Firko.

On appeal from the Superior Court of New Jersey, Chancery Division, Bergen County, Docket No. C-000020-23.

Paul E. Paray, attorney for appellants.

Cole Schotz PC, attorneys for respondent (Michael R. Yellin and Krista Leigh Kulp, of counsel and on the brief).

PER CURIAM

The court being advised by the parties that the issues in dispute have been amicably resolved, the appeal is dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3205-22